AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

MAX T. CARTER, JR., et al.,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
  v.
                        CASE NUMBER:   3:17-cv-00594-MMD-WGC

SABLES, LLC, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 9) is granted, and Plaintiffs' complaint is dismissed with prejudice.

    **IT IS FURTHER ORDERED AND ADJUDGED**  that Plaintiff's Motion for Temporary Restraining Order (ECF No. 3) is denied as moot.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

   December 11, 2017                                  **DEBRA K. KEMPI**
                                                                                  Clerk

                                                                              /s/  K. Walker
                                                                              Deputy Clerk